```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 14357
   BENJAMIN BAEZ-RODRIGUEZ
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-5725


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/09/07 .

   2.  The case was dismissed without confirmation, 11/16/2007.

   3.  The Debtor paid a total of $    3511.02 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST    PRINCIPAL
                                                              PAID        PAID
------------------------------------------------------------------------------
HOMEQ SERVICING CORP       CURRENT MORTG         .00           .00         .00
HOMEQ SERVICING CORP       MORTGAGE ARRE  NOT FILED            .00         .00
HOMEQ SERVICING CORP       SECURED         20000.00            .00     2065.20
HOMEQ SERVICING CORP       MORTGAGE ARRE  NOT FILED            .00         .00
KENDALL COUNTY COLLECTOR   SECURED          3492.02            .00      360.59
CREDITOR PROTECTION ASSO   UNSECURED      NOT FILED            .00         .00
MID AMERICA FED SAVINGS    UNSECURED      NOT FILED            .00         .00
GREAT AMERICAN FINANCE     UNSECURED      NOT FILED            .00         .00
NICOR GAS                  UNSECURED      NOT FILED            .00         .00
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  23492.02         .00          .00         .00     23492.02
PRINCIPAL PAID       2425.79         .00          .00         .00      2425.79
INTEREST PAID            .00         .00          .00         .00           .00
TOTAL PAID           2425.79         .00          .00         .00      2425.79
The Debtor's attorney, THOMAS R HITCHCOCK          , was allowed $   3500.00
and was paid $    655.50   direct and $        .00  through the plan.

The Trustee received $      92.91 .

Refunds to the Debtor totaled $     992.32 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 04/11/08                     /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 14357 BENJAMIN BAEZ-RODRIGUEZ